Reset Form

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXTRON FINANCIAL CORP., <br><br> PLAINTIFF(S) <br> v. <br> JIM DAVIDSON, <br><br> DEFENDANT(S). | CASE NUMBER <br><br> EDCV 07-00842 SGL  (ENTERED JS-6) <br><br> **ORDER DISMISSING CIVIL ACTION** |

THE COURT having been advised by Counsel for the parties that the above-entitled action has been settled.  However, to date, counsel have:
☐ failed to file the appropriate stipulation for dismissal, or
☐ failed to respond to the Order to Show Cause Re: Dismissal of Action by reason of:

☒ Other:

  Pursuant to Stipulation of Dismissal, docket No. 25,

IT IS THEREFORE ORDERED that this action is hereby dismissed.

IT IS FURTHER ORDERED that this Order is a final judgment for purposes of Rule 54(a), F.R.Cv.P.  It shall be entered pursuant to Rule 58, F.R.Cv.P., and served upon the parties.

Clerk, U. S. District Court

| 10/3/08 | By | Jim Holmes, CRD |
|---|---|---|
| Date | | Deputy Clerk |

CV-85 (07/97)     ORDER DISMISSING CIVIL ACTION